February 29, 1980.

425 A.2d 850

Commonwealth v. Cole, Appellant.

Submitted September 13, 1979.   Roy Davis, Assistant Public Defender, for appellant; Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and LIPEZ, JJ.

Affirmed.